UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

IN ADMIRALTY

CASE NO. 3:20-CV-00448-MMH-JRK

CONFEDERACION HIPICA OF PUERTO RICO INC.,
MICHAEL MIRANDA, EDWIN TEXIDOR,
RUBEN FERNANDEZ and LUIS R. ORRACA,

       Plaintiffs,
vs.

TOTE MARITIME PUERTO RICO, LLC,
PORTUS STEVEDORING LLC,
GUTMAN BROTHERS LTD,
HERMANOS RUIZ, INC. and
ANDRES RUIZ-ARIZMENDI,

       Defendants.
_____/

**MOTION FOR PARTIAL JUDGMENT ON LIABILITY BY DEFAULT UPON CODEFENDANTS GUTMAN BROTHERS LTD., HERMANOS RUIZ, INC. and ANDRES RUIZ-ARIZMENDI**

    **NOW COMES,** Plaintiffs, through the undersigned attorney, and respectfully move for a Partial Judgment on Liability by Default pursuant to FRCP 55(b) on the Amended Complaint and seek a hearing on damages as follows:

    1.    On 05/26/20 an Amended Complaint was filed (ECF Doc. 8).

    2.    The Amended Complaint, inter alia, names the following parties as codefendants:

        a)  GUTMAN BROTHERS LTD.;
        b)  HERMANOS RUIZ, INC.; and,
        c)  ANDRES RUIZ-ARIZMENDI

    3.    On July 7, 2020, codefendant GUTMAN BROTHERS LTD. was served personally with summons and copy of the Amended Complaint, according to the declaration by the server (See proof of executed service at ECF Doc. 20).

4. On July 11, 2020, codefendants HERMANOS RUIZ, INC. and ANDRES RUIZ-ARIZMENDI were each served personally and individually with summons and copy of the Amended Complaint, according to the declarations by the server (See proofs of executed services at ECF Doc. 21 and ECF Doc. 22, respectively).

5. On August 24, 2020, the Clerk entered default against the three aforementioned codefendants for failure to appear, pursuant to Rule 55(a) of Federal Rules of Civil Procedure (ECF Doc. 29).

6. The Amended Complaint (ECF Doc. 8) sufficiently establishes the codefendants' respective liabilities. See Allegations 14-37; Allegations 51-62; Allegations 89-98 and Allegations 99-107.

7. On entry of default, the defaulting parties admitted the well-pleaded factual allegations of the Amended Complaint against them. See *Ellish v. Richard*, 622 So.2d 1154 (Fla. 4th DCA 1993). Thus, based on the pleadings stating a claim for which a relief can be granted, Codefendants HERMANOS RUIZ, INC., ANDRES RUIZ-ARIZMENDI, and GUTMAN BROTHERS LTD being in default, admitted their liability. See Eagle Hosp. Physicians. LLC v. SRG Consulting. Inc.. 561 F.3d 1298, 1307 (11th Cir. 2009); *NishimatsuConst. Co.,Ltd.v. Houston Nat. Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975); *Brown v. Kenron Aluminum &Glass Corp.*, 477 F.2d 526, 531 (8th Cir. 1973).

8. Therefore, Plaintiffs hereby request an entry of partial Judgment on liability against said codefendants and that a hearing be set on the damages.

9. Rule 55 of Federal Rules of Civil Procedure governs the entry of a default judgment. See United States v. Fleming. 114 A.F.T.R.2d 2014-5377, 2014 WL 3643517, *9 (M.D. Fla. 2014). "A default judgment may be entered 'against a defendant who never appears or answers a complaint, for in such circumstances the case never has been

placed at issue.'" Id. (quoting *Solaroll Shade and Shutter Corp., Inc. v. Bio-Energy Svs., Inc.,* 803 F.2d 1130, 1134 (11th Cir.1986).

10. The Amended Complaint (ECF Doc. 8) prays for a relief of finding codefendants HERMANOS RUIZ, INC., ANDRES RUIZ-ARIZMENDI, and GUTMAN BROTHERS LTD, jointly and severally liable for the damages caused to Plaintiffs pursuant to state law in an amount in excess of $92,500; costs incurred and reasonable attorney fees.

11. While the instant action presents more than one claim for relief and multiple parties are involved, under Fed. R. Civ. P. 54(b) the Court could find no just reason for delay of entry of partial judgment on liability and grant a hearing on damages, because the liability of the defaulting codefendants, which is governed under state law, does not necessarily depend upon the liability of the other non-defaulting defendants, which is governed under maritime law. Moreover, pursuant to *Frow v. De La Vega*, 82 U.S. 552, (1872), in cases involving more than one defendant, a judgment can be entered against a defaulting party that is not jointly liable when at the time of partial judgment the matter does not depend on adjudication with regard to other defendants.

12. Plaintiffs retain the right to continue the case and their causes of action against all other codefendants that are not in default.

**WHEREFORE**, pursuant to Federal Rule of Civil Procedure 55(b), plaintiffs very respectfully request a Partial Judgment on Liability and a hearing on the merits, against defendants: GUTMAN BROTHERS LTD.; HERMANOS RUIZ, INC.; and, ANDRES RUIZ-ARIZMENDI.

September 16, 2020
Miami, Florida

Respectfully submitted,

By: *S/Michael C. Black*
_____
**MICHAEL C. BLACK, ESQUIRE**
F.B.N. 0056162
mblack@marlaw.com
**MICHAEL M. RICOBALDI, ESQUIRE**
F.B.N. 1018134
mricobaldi@marlaw.com
**MICHAEL C. BLACK, P.A.**
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 305
Miami, Florida 33156
Telephone:    (305) 271-8301
Facsimile:    (305) 271-8302
*Counsel for Plaintiffs,*
  *Confederacion Hipica of Puerto Rico Inc.,*
  *Michael Miranda, Edwin Texidor,*
  *Ruben Fernandez and Luis R. Orraca*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *S/Michael C. Black*
**Michael C. Black, Esquire**

4

**SERVICE LIST**

CASE NO. 3:20-CV-00448-MMH-JRK

**Lindsey C. Brock III, Esquire**
Florida Bar No. 971669
**MCLEOD BROCK, PLLC**
Primary E-Mail: lindsey@mcleodbrock.com
Secondary E-Mail: jennifer@mcleodbrock.com
9995 Gate Parkway North, Ste. 400
Jacksonville, Florida 32246
(904) 996-1100 Office Telephone
(904) 996-1120 Facsimile
*Attorneys for Defendant,*
  *Portus Stevedoring, LLC*

**James F. Moseley, Jr., Esquire**
Florida Bar No. 699926
jmoseleyjr@mppkj.com
**Joni A. Poitier, Esquire**
Florida Bar No. 0022861
japoitier@mppkj.com
**MOSELEY PRICHARD PARRISH KNIGHT & JONES**
501 W. Bay Street
Jacksonville, Florida 32202
Telephone: (904) 356-1306
Facsimile: (904) 354-0194
*Attorneys for Defendant,*
  *Tote Maritime Puerto Rico, LLC*

**Gutman Brothers, Ltd.,**
c/o Samuel J. Finkelstein, CPA
Finkelstein & Associates, PA
115 Sudbrook Lane, Suite 210
Baltimore Md 21208
*Served via Certified Mail*

**Hermanos Ruiz, Inc.**
Carr. 459. Bo. Corales Km. 1,
Aguadilla, PR 00605
*Served via Certified Mail*

**Andres Ruiz-Arizmendi**
Carr. 413, Km. 5.3, Bo.
Puntas Rincon, PR 00677
*Served via Certified Mail*

5