UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CONFEDERACIÓN HÍPICA OF
PUERTO RICO INC., et al.,

      Plaintiffs,

v.                                              Case No. 3:20-cv-448-J-34JRK

TOTE MARITIME PUERTO RICO, LLC,
et al.,

      Defendants.

## O R D E R

In light of the Clerk's Entries of Default (Doc. No. 29), entered August 24, 2020, being set aside, see Order (Doc. No. 44), the Motion for Partial Judgment on Liability by Default upon Codefendants Gutman Brothers Ltd., Hermanos Ruiz, Inc. and Andres Ruiz-Arizmendi (Doc. No. 35), filed September 16, 2020, is **DENIED as moot**.

**DONE AND ORDERED** in Jacksonville, Florida on October 1, 2020.

*[signature]*
JAMES R. KLINDT
United States Magistrate Judge

bhc
Copies to:
Counsel of Record