UNITED STATES DISTRICT COURT
MIDDLE DSISTRICT OF FLORIDA

"IN ADMIRALTY"

CONFEDERACION HIPICA OF PUERTO RICO
INC.; MICHAEL MIRANDA; EDWIN TEXIDOR;
RUBEN FERNANDEZ; LUIS R. ORRACA;

    Plaintiff,    CASE NO.: 3:20-cv-00448-J-34JRK

v.

TOTE MARTIME PUERTO RICO, LLC.;
PORTUS STEVEDORING, LLC; GUTMAN
BROTHERS LTD.; HERMANOS RUIZ, INC.;
ANDRES RUIZ ARIZMENDI,

    Defendants,
_____/

## DEFENDANTS, HRI'S AND RUIZ ARIZMENDI'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, HERMANOS RUIZ, INC. ("HRI"), and ANDRES RUIZ ARIZMENDI, by and through their undersigned legal counsel, hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Tote Maritime Puerto Rico, LLC.

    b. Portus Stevedoring, LLC.

    c. Gutman Brothers, Ltd.

    d. Andres Ruiz-Arizmendi.

    e. Hermanos Ruiz, Inc.

    f. Alberto Santiago.

    h. The Plaintiffs.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted, this 9th day of October, 2020.

/s/ Gustavo A. Martinez

Gustavo A. Martinez [FBN: 668575]
gmartinez@mgmlaw.com
MANNING GROSS + MASSENBURG LLP
600 Brickell Avenue, Suite 1400
Miami, FL 33131
Ph: (305) 537-3410
Fx: (305) 537-3411
**Attorneys for Defendants, Andres Ruiz-Arizmendi and Gutman Brothers, Ltd.**