IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **CONFEDERACIÓN HÍPICA OF PUERTO RICO INC.; MICHAEL MIRANDA; EDWIN TEXIDOR; RUBÉN FERNANDEZ; LUIS R. ORRACA;** <br><br> PLAINTIFFS, <br> V. <br><br> **TOTE MARITIME PUERTO RICO, LLC.; TOTE SERVICES, INC.; PORTUS STEVEDORING LLC; GUTMAN BOTHERS LTD.; HERMANOS RUIZ INC.; ANDRES RUIZ-ARIZMENDI; ABC INSURER; DOE LONGSHOREMAN; XYZ INSURER; JOHN DOE AND RICHARD ROE;** <br> DEFENDANTS | **CIVIL NO. 3:20-CV-00448-JRK** <br><br> ADMIRALTY |

## NOTICE OF PENDING CONTINGENT RESOLUTION & MOTION TO STAY PROCEEDINGS

**NOW COME,** Plaintiffs, through the undersigned attorney, very respectfully inform:

1. Plaintiffs hereby inform to the Honorable Court pursuant to Local Rule 3.09 of the Middle District of Florida, that parties have reached in principle a contingent Resolution that could end the instant civil case once concretized.

2. Plaintiffs have conferred with Defendants in order to file this Notice and request a brief period, not to exceed 30 days, to allow the parties to draft, prepare and sign any pertinent or proper agreements and motions to that

effect, and request that proceedings be stayed while parties endeavor towards a final resolution.

**THEREFORE**, Plaintiffs respectfully request that the Court takes notice of the above and grants the period requested to execute a Resolution.

VERY RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of July of 2021.

> BY:   **S/** *Jorge Cancio-Valdivia*
> Jorge Cancio-Valdivia
> USDC-PR  302401
> P.O. Box 367753
> San Juan, P.R. 00936-7753
> Tel. (787)549-9685
> canciolaw@gmail.com
> *Co-Counsel for Plaintiffs.*
>
> *S/Michael C. Black*
> _____
> **MICHAEL C. BLACK, ESQUIRE**
> F.B.N. 0056162
> mblack@marlaw.com
> **MICHAEL C. BLACK, P.A.**
> Dadeland Square at the Greenery Mall
> 7700 North Kendall Drive,
> Suite 305
> Miami, Florida 33156
> Telephone:   (305) 271-8301

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Counsel of Record.

               **S/** *<u>Jorge Cancio-Valdivia</u>*